DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

JUL 13 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUDHISH KASABA RAMESH,<br><br>Defendant. | NO. CR 20 00289 LHK<br><br>VIOLATION: 18 U.S.C. §§ 1030(a)(5)(B) and (c)(4)(A)(i)(I) – Intentionally Accessing a Protected Computer Without Authorization and Recklessly Causing Damage<br><br>SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1.  Company A, whose identity is known to the defendant, was a technology company headquartered within the Northern District of California.

2.  Defendant SUDHISH KASABA RAMESH was an individual residing in San Jose, California.

3.  Company A's computer network and servers constituted "protected computers" as defined in Title 18, United States Code, Section 1030(e)(2)(B).

//
//

INFORMATION

COUNT ONE:  (18 U.S.C. §§ 1030(a)(5)(B) & (c)(4)(A)(i)(I) – Intentionally Accessing a Protected Computer Without Authorization and Recklessly Causing Damage)

4. Paragraphs One through Three are incorporated and re-alleged herein.

5. On or about September 24, 2018, in the Northern District of California, the defendant,

SUDHISH KASABA RAMESH,

intentionally and without authorization accessed a protected computer of a technology company headquartered in San Jose, California and known to the defendant as Company A. As a result of such conduct, the defendant recklessly impaired the integrity and availability of data, programs, systems, and information. The loss caused to Company A during a one-year period from the defendant's conduct affected a protected computer aggregating at least $5,000 in value.

6. Specifically, the defendant accessed Company A's Amazon Web Services account, then transmitted programs, information, codes and commands to delete approximately 456 Virtual Machine instances causing a division of Company A's services to be shutdown.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(B) and (c)(4)(A)(i)(I).

DATED: 7/13/20

DAVID L. ANDERSON
United States Attorney

*(signed)* SUSAN KNIGHT
Assistant United States Attorney

INFORMATION

AO 257 (Rev. 6/78)

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

---- OFFENSE CHARGED ----

Count One: 18 U.S.C. §§ 1030(a)(5)(B) & (c)(4)(A)(i)(1)- Intentionally Accessing a Protected Computer with Authorization and Recklessly Causing Damage

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 5 years imprisonment, $250K fine,
3 years supervised release, $100 special assessment

- DEFENDANT - U.S -

▶ Sudhish Kasaba Ramesh

FILED
JUL 13 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DISTRICT COURT NUMBER
**CR 20 00289 LHK**

NC

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
**FBI Special Agent Chris Moy**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  **DAVID L. ANDERSON**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  **Susan Knight**

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed  Month/Day/Year

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments: