SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone:   510-412-8900
Cell:    415-913-0787
Fax:     415-689-5213
email:   jim@summitdefense.com

Attorneys for Defendant
SUDHISH KASABA RAMESH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-00289 LHK |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER CONTINUING DATE FOR ENTRY OF PLEA AGREEMENT |
| vs. | |
| SUDHISH KASABA RAMESH, | |
| Defendant. | |

### STIPULATION

Plaintiff United States of America, by and through counsel, Assistant United States Attorney Susan Knight, and Defendant Sudhish Kasaba Ramesh, by and through counsel James T. Reilly, hereby stipulate and agree to vacate the currently scheduled date for entry of plea agreement of Friday, July 31, 2020, and to reschedule the matter for entry of plea agreement at 9:15 am, Wednesday, August 26, 2020.

IT IS SO STIPULATED.

STIPULATION AND (PROPOSED) ORDER
CONTINUING DATE FOR ENTRY OF PLEA AGREEMENT
-1-

On behalf of Plaintiff the United States of America:

DAVID L. ANDERSON
UNITED STATES ATTORNEY

_____
SUSAN KNIGHT
Assistant United States Attorney

On behalf of Defendant Sudhish Kasaba Ramesh:

_____
JAMES T. REILLY, Attorney at Law
Counsel for Defendant
Sudhish Kasaba Ramesh

### (PROPOSED) ORDER

The Court having considered the stipulation of the parties to vacate the currently scheduled date for entry of plea agreement of Friday, July 31, 2020, and to reschedule the matter for entry of plea agreement at 9:15 am, Wednesday, August 26, 2020, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

The currently scheduled date for entry of plea agreement of Friday, July 31, 2020, is vacated, and the matter is rescheduled for entry of plea agreement at 9:15 am, Wednesday, August 26, 2020.

IT IS SO ORDERED.

Dated: _____
The Honorable Lucy H. Koh
Judge, United States District Court
Northern District of California (San Jose)

STIPULATION AND (PROPOSED) ORDER
CONTINUING DATE FOR ENTRY OF PLEA AGREEMENT
-2-