UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** August 26, 2020          **Time:** 9:17 AM – 9:39 AM          **Judge:** LUCY H. KOH
(22 minutes)

**Case No.:** 20-cr-00289-LHK-1          **Case Name:** UNITED STATES v. Sudhish Kasaba Ramesh (P)(C:N)

**Attorney for Plaintiff:** Susan Knight
**Attorney for Defendant:** James Reilly

**Deputy Clerk:** Kassandra Dibble          **Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested          **Probation Officer:** N/A

### PROCEEDINGS

Change of Plea Hearing held. All parties, including Defendant Ramesh, appeared via Zoom videoconference.

Defendant was sworn in by the Courtroom Deputy.

An executed Plea Agreement was previously submitted to the Court (ECF No. 7). Defendant ENTERED a guilty plea as to Count One of the Information (ECF No. 1). The Court ACCEPTED the plea and found the Defendant made a knowing, intelligent, free and voluntary waiver of rights and entry of a guilty plea.

The Court REFERRED Defendant to the office of U.S. Probation for preparation of a Presentence Investigation Report.

Sentencing SET for **Wednesday, December 9, 2020 at 9:15 AM**.